[No. 5542-6-III. Division Three. December 20, 1984.]

PATRICK SOPTICH, *Appellant,* v. SELAH SCHOOL DISTRICT NO. 119, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 80-2-01753-4, Blaine Hopp, Jr., J.,

entered December 3, 1982. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.